# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3028

_____

| | | |
|---|---|---|
| Shirley Forney, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Calvin E. Forney; Beverly B. Forney; | * | Eastern District of Missouri. |
| State of Missouri, | * | |
| | * | [UNPUBLISHED] |
| Appellees. | * | |

_____

Submitted: November 25, 1998
Filed: December 2, 1998

_____

Before FAGG, BEAM, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Shirley Forney appeals the district court's[1] order granting defendants' motions to dismiss this 42 U.S.C. § 1983 action, her second alleging violations of her Fourteenth Amendment rights in connection with state court probate proceedings. Having carefully reviewed the record and the parties' briefs, we affirm for the reasons stated by the district court. See 8th Cir. R. 47B. Appellees' motion for sanctions and appellant's motion to strike are denied.

_____

[1]The Honorable Carol E. Jackson, United States District Judge for the Eastern District of Missouri.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.